```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
United States of America,

                                        19 Cr. 327 (DAB)
                                        ORDER
        v.


Jose Soriano,

                Defendant.
-----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

A plea hearing in this case is set for <u>February 5, 2020 at 11:00 a.m.</u> before the magistrate judge.

Pursuant to Judge Preska's Standing Order 14 Misc. 141 of May 7, 2014, the Probation Department will make its initial disclosure of the Pre-Sentence Report available to the Parties by <u>March 31, 2020</u> at <u>4 p.m.</u> The Parties must provide the Probation Department with any objections to the Pre-Sentence Report by <u>April 14, 2020</u> at <u>4 p.m.</u> The Final Pre-Sentence Report shall be sent to the Parties and the Court by <u>April 28, 2020</u> at <u>4 p.m.</u>

If either party is making a written submission, it must be sent to the other side and the Court by <u>May 12, 2020</u> at <u>4 p.m.</u> Responses must be submitted to the initiating party and the Court by <u>May 26, 2020</u> at <u>4 p.m.</u> The date for sentencing is set for <u>June 16, 2020</u> at <u>11:00 a.m.</u>

If neither party wishes to make a written submission, then both parties shall inform the Court in writing by <u>May 12, 2020 at 4 p.m.</u>

Defense counsel is to schedule promptly with the Probation Department a Pre-Sentence Interview to occur within 14 days of the date of the plea hearing, and the Government shall submit the prosecution case summary to the Probation Department within 14 days of the date of the plea hearing.

In the interest of justice, time is excluded until February 5, 2020.

SO ORDERED.

DATED:   November 20, 2019
         New York, New York

_____
Deborah A. Batts
United States District Judge