```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :           ORDER
     - v. -                         :
                                    :           19 Cr. 327 (KMW)
JOSE SORIANO,                       :
                                    :
               Defendant.           :
                                    :
- - - - - - - - - - - - - - - - - -x
```

WHEREAS, with the consent of the defendant, JOSE SORIANO, his guilty plea allocution was taken before a United States Magistrate Judge on February 5, 2020; and

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York

         March    18,    2020

                                    ____/s/ Kimba M. Wood_____
                                    THE HONORABLE KIMBA M. WOOD
                                      UNITED STATES DISTRICT JUDGE
                                     SOUTHERN DISTRICT OF NEW YORK