```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/1/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

JOSE SORIANO

                            Defendant.
---------------------------------------------------------X

19-CR-327 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Tuesday, June 16, 2020, is adjourned to July 29, 2020, at 11:00 a.m.  Defendant's sentencing submission is due by July 15, 2020.  The Government's submission is due by July 22, 2020.

    SO ORDERED.

Dated: New York, New York
       June 1, 2020

                                          _____/s/ Kimba M. Wood /_____
                                                  KIMBA M. WOOD
                                           United States District Judge