UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___6/30/20_____ |

19-CR-327 (KMW)

-against-

**ORDER**

JOSE SORIANO,

                    Defendants.

-----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, and at the request of the parties, the sentencing scheduled for Wednesday, July 29, 2020, is adjourned to September 22, 2020, at 11:00 a.m.  Defendant's sentencing submission is due by September 8, 2020.  The Government's submission is due by September 15, 2020.


        SO ORDERED.
Dated: New York, New York
        June 30, 2020                                    _____/s/ Kimba M. Wood /_____
                                                                        KIMBA M. WOOD
                                                                United States District Judge