

## Federal Defenders
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 1, 2020

By ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Jose Soriano*, 19 Cr. 327 (KAW)

Dear Judge Wood:

I write on consent (Assistant U.S. Attorney Stephanie Lake) to respectfully request that the Court adjourn sentencing in this matter – currently scheduled for September 22, 2020, at 11:00 a.m. – for around 60 days due to the COVID-19 pandemic. Mr. Soriano lives in Florida, and my understanding is that he is currently prohibited from entering the courthouse until he has spent 14 days in quarantine after arriving in New York, which will be difficult for him to do. Accordingly, we request an adjournment due to these unprecedented circumstances.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc: Stephanie Lake, Esq., by ECF

Sentencing is adjourned to November 23, 2020, at 11:00 a.m. Defendant's submission is due by November 9. Government submission is due by November 16.

SO ORDERED: N.Y., N.Y. 9/3/20

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.