UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/20

-against-

**ORDER**
19 CR 327 (KMW)

JOSE SORIANO,

Defendant.

----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

At the request of the parties, the sentencing currently scheduled for November 23, 2020,

is adjourned to December 15, 2020, at 10:30 a.m. Sentencing will be held remotely by Skype for

Business. The Court will issue an Order, prior to sentencing, with instructions on how to join the

proceeding.

SO ORDERED.

Dated: New York, New York
       November 12, 2020

                              _Kimba m. Wood_

                              KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE