UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/20
```

    -against-

JOSE SORIANO,

                      Defendant.
-------------------------------------------------------------------x

ORDER
19 CR 327 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote sentencing on Tuesday, December 15, 2020, at 10:30 a.m.

    Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID number 624644225.

    SO ORDERED.

Dated: New York, New York
         December 8, 2020

                                                     *Kimba M. Wood*
                                              KIMBA M. WOOD
                                  UNITED STATES DISTRICT JUDGE