# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/21

April 5, 2021

*By ECF*

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *United States v. Jose Soriano*, 19 Cr. 327 (KAW)

Dear Judge Wood:

I write on consent (Assistant U.S. Attorney Stephanie Lake and U.S. Pretrial Services Officer Bernisa Mejia) to respectfully request that the Court allow Mr. Soriano to travel to New York from April 13 to April 19, 2021 in order to visit family, help his wife get settled before his surrender, and meet with counsel. Mr. Soriano will be supervised by Pretrial Services in the SDNY during this visit.

] Granted
KMW

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc: Stephanie Lake, Esq., by ECF
Bernisa Mejia, U.S. Pretrial Services Officer

SO ORDERED: N.Y., N.Y. 4/7/21

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.