# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/21

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

David E. Patton
*Executive Director*

May 26, 2021

**MEMO ENDORSED**

By e-mail and ECF

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Jose Soriano*, 19 Cr. 327 (KAW)

Dear Judge Wood:

    I write on consent (Assistant U.S. Attorney Stephanie Lake) to respectfully request that the Court extend Mr. Soriano's surrender date by 14 days, until June 15, 2021.   **Granted**

    The Court had previously extended Mr. Soriano's surrender date to June 1, 2021. The Bureau of Prisons, however, is apparently behind in processing designation requests, and – as of this writing, six days before Mr. Soriano is to surrender – he has not yet been designated.

    Both the Government and I have been in touch with the Probation Office, and our understanding is that we can expect the BOP to process his designation shortly. Defendants are normally given at least two weeks notice as to where they are to be designated so that they can make appropriate arrangements. Accordingly, I respectfully request that the Court extend Mr. Soriano's sentencing date to June 15, 2021.

    Thank you for your consideration of this request.

Respectfully submitted,
/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc:   Stephanie Lake, Esq., by ECF and by e-mail

*5/28/21*
Kimba M. Wood
**SO ORDERED**